**Order entered September 12, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00862-CV

## IN THE INTEREST OF M.J.S., A CHILD

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-56663-2020**

## ORDER

Before the Court is appellant's August 30, 2022 opposed motion for an extension of time to file her notice of appeal. We **GRANT** the motion. The notice of appeal filed on August 30, 2022 is deemed timely for jurisdictional purposes.

/s/    KEN MOLBERG
        JUSTICE